IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

--------------------------------------------------------- :

CHARLES E. CURRENCE                                : CASE NO.  1: 14 CV 80

                                                                         :

                                                  Plaintiff    :

                                                                         :

                              -vs-                                   :

                                                                         :

COMMISSIONER OF SOCIAL                          :

SECURITY                                              : ORDER ADOPTING REPORT AND

                                                  Defendant  : RECOMMENDATION

-------------------------------------------------------- :


UNITED STATES DISTRICT JUDGE LESLEY WELLS


        Plaintiff Charles E. Currence   ("Mr. Currence") challenges the Commissioner of

Social Security's final decision denying his application for Social Security Disability and

Supplemental Security Income benefits under Title XVI of the Social Security Act, 42

U.S.C.  § 1381  (Doc.1).  This case was automatically referred to United States

Magistrate Judge Kenneth S. McHargh  for a Report and Recommendation ("R&R")

pursuant to Local Civil Rule 72.2(b).    In his R&R, Magistrate Judge McHargh

concluded  that the decision of the Commissioner is supported by substantial evidence.

The record evidence as discussed in the ALJ's decision is such that a reasonable mind

might accept it as adequate support for the Commissioner's final benefits determination.

Accordingly, he recommended that the decision of the ALJ be affirmed.

        No party has objected to the Magistrate Judge's R&R.  (Doc. 19).  Therefore, it

must be assumed the parties are satisfied with the Report's conclusion.  Any further

review by this Court would be a duplicative and inefficient use of the Court's limited

resources. Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir. 1981).

Accordingly, the Magistrate Judge's R&R is adopted, and the decision of the Commissioner is affirmed, as supported by substantial evidence in the ALJ's decision.

IT IS SO ORDERED.

/s/Lesley Wells
UNITED STATES DISTRICT JUDGE

Dated: 9 February 2015